UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HASTINGS FIBER GLASS PRODUCTS, INC.,
a Michigan Corporation,

      Plaintiff,                                             Case No.:

v.                                                        Honorable

ENLACE MERCANTIL INTERNACIONAL, INC.
a Puerto Rico Corporation,

      Defendant.

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Plaintiff Hastings Fiber Glass Products, Inc. ("Hastings") certifies that Hastings has no corporate parent, subsidiary, or affiliate entity that has issued stock or debt securities to the public. Additionally, no publicly held company owns 10% or more of Hastings' stock.

                                                            WARNER NORCROSS & JUDD LLP

Dated:  February 18, 2016             By: /s/ Carly A. Zagaroli
                                                             Douglas E. Wagner (P27338)
                                                             Carly A. Zagaroli (P79358)
                                                             WARNER NORCROSS & JUDD LLP
                                                             111 Lyon St. NW
                                                             Grand Rapids, MI 49503
                                                             (616) 752-2000

002153.167280 #14064849-1