UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HASTINGS FIBER GLASS
PRODUCTS, INC.,

      Plaintiff,

v.

ENLACE MERCANTIL
INTERNACIONAL, INC.,

      Defendant.
_____/

Case No.: 1:16-cv-177

HON. PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ray Kent in this action (ECF No. 18). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Defendant Enlace Mercantil Internacional, Inc.'s combined motion to dismiss or transfer venue (ECF No. 12) is **DENIED**.

Dated: March 24, 2017

      /s/ Paul L. Maloney
      Paul L. Maloney
      United States District Judge